383 A.2d 856

**SUN OIL COMPANY OF PENNSYLVANIA, Appellant,**

**and**

**Pennsylvania Chamber of Commerce, Intervenor-Plaintiff,**

**and**

**Greater Philadelphia Chamber of Commerce, Intervenor-Plaintiff,**

v.

**PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY, Paul J. Smith, Pennsylvania Bureau of Employment Security, John M. Clark, and Grace M. Sloane, Defendants,**

**and**

**Local (8)–901 of the Oil, Chemical and Atomic Workers International Union on behalf of its members and all others similarly situated, George Swerdon, Jr., Robert A. Crowley, Louise E. Chasse, Willard A. Scholl, Edward J. Fadden, Neanie Willis, Robert Miller, Andrew Massorelli, Anthony G. Arcomone, Irvin M. Butler, on their own behalf and on behalf of all other claimants similarly situated, Intervenor-Defendants,**

**and**

**Pennsylvania State AFL–CIO, Intervenor-Defendant.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1977.

Decided March 23, 1978.

Pepper, Hamilton & Scheetz, J. Anthony Messina, James T. Giles, Vincent J. Pentima, Philadelphia, for appellant.

Paul J. Smith, Pa. Bureau of Employment Sec., John M. Clark and Grace M. Sloane: J. Justin Blewitt, Jr., Deputy Atty. Gen., for appellees, Pa. Dept. of Labor & Industry.

Jerome H. Gerber, Harrisburg, for appellee, Pennsylvania State AFL–CIO.

Warren J. Borish, Philadelphia, Joseph R. McFadden, Jr., Media, for appellee, Local (8)–901 etc., et al.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

In light of this Court's recent decision in *Unemployment Comp. Bd. of Rev. of the Commonwealth of Pennsylvania et al. v. Sun Oil Co.*, 476 Pa. 589, 383 A.2d 519 (1978), the order of the Commonwealth Court dissolving the injunction in the instant case is affirmed, and the Board of Review's determination of eligibility is affirmed.

PACKEL, J., did not participate in the consideration or decision of this case.